IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL ALBERT PHILIPPS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-203 |
| v. | |
| THOMAS CONCRETE OF SOUTH CAROLINA; and WILLIAM L. KIDD, P.A., | |
| Defendants. | |

**O R D E R**

Plaintiff filed his Complaint initiating this action on September 6, 2024. (Doc. 1.) On September 17, 2024, he filed a Notice of Dismissal, stating his intent to dismiss all the charges against both Defendants. (Doc. 6.) On September 19, 2024, he filed another similar document, this time making clear that he intended the dismissals of both Defendants to be with prejudice. Neither Defendant has filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITH PREJUDICE** as to both Defendants. (See id.) The Court **DIRECTS** the Clerk of Court to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 23rd day of September, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA